IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR275 |
| vs. | ) | |
| | ) | ORDER |
| PATRICK A. CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion [8] of Jessica P. Douglas.  Good cause being shown, the motion is granted and the court will appoint Hunter B. Sadle to represent the defendant.

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney of Record [8] is granted, and the appearance of Jessica P. Douglas is hereby deemed withdrawn.

2. Hunter B. Sadle is appointed as attorney of record for the above-named defendant.

3. The initial appearance and arraignment is set for August 28, 2008 at 2:30 p.m.

**DATED 25th day of August, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**